Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Ernesto Javier Virtusio
Ernina Moncera Virtusio

Chapter 13 Case No. 09-40701-RLE13

debtor(s)

**NOTICE OF DEBTOR(S)
CHANGE OF MAILING ADDRESS**

To The Clerk of the Court,

PLEASE TAKE NOTICE THAT effective immediatley, the above named debtor(s) has changed his/her mailing address to:

Ernesto Javier Virtusio
Ernina Moncera Virtusio
2430 Shelbourne Way
Antioch, CA 94531

Date: June 27, 2011  /s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Case: 09-40701    Doc# 40    Filed: 06/27/11    Entered: 06/27/11 15:39:26    Page 1 of 2

In re

Ernesto Javier Virtusio
Ernina Moncera Virtusio

Chapter 13 Case No. 09-40701-RLE13

debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Ernesto Javier Virtusio | Patrick L Forte Atty |
| Ernina Moncera Virtusio | 1 Kaiser Plaza #480 |
| 2430 Shelbourne Way | Oakland,CA 94612 |
| Antioch,CA 94531 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |

Date: June 27, 2011        /s/ CHRISTIE ACOSTA

CHRISTIE ACOSTA